## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 217 - 1 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Karen L. McVickers-Dewitt | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 3/14/2008. Defendant appears in response to arrest on 3/14/2008. Defendant informed of her rights. Ross M. Eagle is appointed as counsel for defendant. Government seeks detention. Preliminary examination hearing and detention hearing set for 3/18/2008 at 4:00 p.m. Defendant to remain in custody pending further court proceedings. Enter order that the U.S. Marshal's Office, Chicago, Illinois, take the defendant Karen L. McVickers-Dewitt, to a hospital emergency room instanter for assessment and treatment of heroin withdrawal.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|