# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF    McVickers-DeWitt

USA    V.S. ~~Frost~~

FOR Initial appearance

AT Northern District of Illinois

**FILED**
3-14-08
MAR 1 4 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name)

► KAREN McVickers-DeWitt

CHARGE/OFFENSE (describe if applicable & check box →)    ☒ Felony    ☐ Misdemeanor

18 USC 2113 (a)

| | |
|---|---|
| 1 ☐ | |
| 2 ☒ | Defendant—Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

DOCKET NUMBERS
Magistrate

District Court
08 CR 217-1

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes    ☒ No    ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☒ Yes    ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: $ 800
SOURCES: child support

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No    IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
_X_ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Electric | | $ | $ 600 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)    3/14/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *Karen McVickers DeWitt*