## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 217 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Karen McVickers- DeWitt | | |

**DOCKET ENTRY TEXT**

Detention hearing reset to 3/26/08 pursuant to the agreement of the parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|