# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 217 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Karen McVickers- DeWitt | | |

**DOCKET ENTRY TEXT**

The Parties appeared for Detention hearing. The Defendant was not brought over from Kankakee by the U.S. Marshal. Counsel for both sides agreed to continue this case before Judge Ashman which is presently set for 4/2/08 at 3:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|