# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 217 - 1 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Karen L. McVickers-Dewitt | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Order defendant detained as a danger to the community pending further court proceedings. Defendant waives her right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:17

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cr-00217    Document 9    Filed 04/02/2008    Page 1 of 1

08CR217 - 1 USA vs. Karen L. McVickers-Dewitt    Page 1 of 1