

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 217 - 1 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Karen McVickers-Dewitt | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered that the criminal complaint issued on 3/14/2008 is dismissed without prejudice.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

FILED
2008 JUN 27 PM 1:26
U.S. DISTRICT COURT

| | | Courtroom Deputy Initials: | IS |
|---|---|---|---|