UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 217 |
| vs. | ) |
| | ) Magistrate Martin C. Ashman |
| KAREN McVICKERS-DEWITT | ) |

### AGREED ORDER

It is hereby ORDERED that the Criminal Complaint issued on March 14, 2008 is dismissed without prejudice.

ENTER:

MARTIN C. ASHMAN
United States Magistrate Judge

Dated: JUN 27 2008